**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>and<br><br>Grant Habighorst,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Cummins Power Generation Inc., a division of Cummins Inc.<br><br>Defendant. | Court File No. 14-cv-03408-SRN-SER<br><br>DECLARATION OF LAURIE A. VASICHEK |

I, Laurie A. Vasichek, state and declare as follows:

1. I am one of the attorneys for the EEOC in this matter. I make this declaration based upon my personal knowledge.

2. Attached as Exhibit A is a true and correct copy of the authorization for release of medical information that is quoted and referenced in the EEOC's Complaint at ¶ 17.

3. Attached as Exhibit B is a true and correct copy of the authorization for release of medical information that is quoted and referenced in the EEOC's Complaint at ¶ 17. The difference between the two exhibits is

that Exhibit B includes the name of the person who was to receive the released information.

3. Attached as Exhibit C is a true and correct copy of the diagnostic assessment form that is referenced in the Complaint at ¶ 18.

4. Attached as Exhibit D is a true and correct copy of the Defendant's Answers to EEOC's First Set of Interrogatories To Defendant.

5. Attached as Exhibit E is a true and correct copy of communications between counsel for Cummins and me attempting to informally resolve the issue of Cummins' defense that the EEOC failed to join indispensable parties prior to bringing this motion.

6. Attached as Exhibit F is a true and correct copy of communications between counsel for Cummins and me regarding Cummins' Twenty-Second Defense that "[t]he forms to which Plaintiff objects are not attributable to Cummins."

I declare the foregoing to be true under penalty of perjury this 18th day of June, 2015.

s/ Laurie A. Vasichek

__________________________

Laurie A. Vasichek