FFD ROI
5/22/09

ib

CIGNA

# *Authorization for Use and Disclosure of Private and Confidential Health Information*

THIS FORM WILL ALLOW CIGNA TO RELEASE THE PRIVATE HEALTH INFORMATION SPECIFIED BELOW TO THE PERSONS OR ENTITIES SPECIFIED ON THIS FORM.

## Description of Private Health Information to be released:

1) all information concerning medical care, advice, treatment or supplies provided to me, including information relating to my mental health and/or substance abuse status, diagnoses, prognosis, treatment and discharge plans;
2) all employment information which relates to a determination of my mental, behavioral and/or occupational functioning and/or fitness for duty;
3) all information concerning the results of any medical, mental health and/or substance abuse evaluation of me concerning my occupational functioning and/or fitness for duty; and
4) all information related to or forming the basis of any medical, mental health and/or substance abuse evaluation, recommendations and/or determinations.

## VERIFICATION

**Identification of person authorizing release:** (The following information is needed for verification. Please complete all applicable items.)

**Name of Participant:** Grant Habighorst

**Date of Birth:** [redacted] **Participant's Social Security Number:** Redacted

**Address:** 9143 Yates Bay **City:** Brooklyn Park

**State:** MN **Zip Code:** 55443

**Participant's Employer Name:** Cummins Power Generation

**I authorize the persons or entities below to receive the information:**

Name/Title: ______________________ Phone: __________

Street Address: ______________________ City/State: ______________ Zip Code ______

Name/Title: ______________________ Phone: __________

Street Address: ______________________ City/State: ______________ Zip Code ______

Name/Title: ______________________ Phone: __________

Street Address: ______________________ City/State: ______________ Zip Code ______

**Purpose of this release of information:**

To authorize CIGNA health care professionals and/or employee assistance professionals who have provided care or treatment or been retained to perform independent medical and/or mental health/substance abuse evaluations of me, UNIVAL and the above named employer representatives to communicate with each other for the purpose of 1)evaluating my ability to perform essential job functions, fitness for duty, the need for work accommodations and/or my employment status, 2) facilitating a referral for ongoing treatment, as necessary and 3) communicating relevant history to the health care professional(s) providing the ongoing care.

This authorization expires: 90 days from the date of the evaluation.

Exhibit #4 - Page 2 of 19

HIPAA AUTH2009

FFD ROI
5/22/09

(date or event)

Participants Social Security number: Redacted ______________________

**I understand that information used or disclosed based on this authorization may be subject to re-disclosure by the recipient and no longer protected by federal privacy regulations.**

- *I understand that if information on this form is not complete, CIGNA will return the form to me, and this request will not be considered until all information has been received by CIGNA.*
- *I understand that I may revoke this authorization by sending a written request to the Privacy Office at the address shown below. You can obtain a form to revoke the authorization by calling CIGNA customer services at: 1.800.433.5768 ext 2350. Any revocation will not be effective for any actions CIGNA may already have taken.*

## SIGNATURE

I have read and understand the above information Date: ____________

**Signature of Participant**, Parent/Guardian, Personal Representative X ______________________

*Relationship if person signing is other than Participant* ______________________

Note that, if not already provided, we will require verification of the authority of a Personal Representative before this request will be considered complete.

If request is made by a Parent/Guardian, complete the following: Participant is a minor___ years of age. If you are making this request on behalf of a minor child, we may require additional information before this request is considered complete.

**The provision of treatment, payment, enrollment or eligibility for benefits does not depend on whether you sign this authorization. You should keep a signed copy of this authorization for your records, however, a copy of this signed authorization will be provided upon your request.**

*If the information disclosed to you relates to substance abuse treatment, in addition to HIPAA Privacy regulations, these records' confidentiality is protected by federal law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of the information without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient to release substance abuse records. The Federal Rules restrict any use of the information to criminally investigate or prosecute any substance abuse patient. State laws may also protect the privacy of patients' records, and may be more restrictive than applicable federal regulations.*

*A copy of this form will be submitted to the CIGNA Privacy Office*

**Please Return This Completed Form To:**

CIGNA
Department Name: Employee Assistance Program
Department Address: 11095 Viking Drive, Suite 350, Eden Prairie, MN 55344
Department Secure Fax: 860-687-7281
Employee Assistant Consultant: Catherine Cullen-Benson
**Telephone Number: 800-241-4057 ext.7963115**