02/13/2013 13:51 FAX 7635366017 MN DEPT OF ECONOMIC SEC. 015

1

# West Metro Psychiatry, PC

(office of Charles and Susan Pearson, MDs)

## DIAGNOSTIC ASSESSMENT FORM

13911 Ridgedale Drive, Suite 255
Minnetonka, MN 55305
Phone and fax: 952-546-1225
E-mail: westmetropsych@gmail.com

PATIENT NAME AND BIRTHDATE: ______________________

REASON FOR APPOINTMENT:

______________________
______________________
______________________

HISTORY OF RECENT SYMPTOMS AND WHEN THEY BEGAN:

______________________
______________________
______________________
______________________
______________________
______________________
______________________
______________________
______________________
______________________
______________________

| Present Symptom List | X if Problem | Denies | Describe Problem (List duration, frequency) | X if Past Problem |
|---|---|---|---|---|
| Mood | | | | |
| Depressed | | | | |
| Elevated | | | | |
| Cyclic | | | | |
| Sleep | | | | |
| Insomnia | | | | |
| A. Initial | | | | |
| B. Middle | | | | |
| C. Terminal | | | | |
| Hypersomnia | | | | |
| Decreased need | | | | |
| Appetite | | | | |
| Decreased | | | | |
| Increased | | | | |
| Weight loss | | | | |
| Weight gain | | | | |

Exhibit #8 - Page 15 of 19

PSYCHIATRY HISTORY AND PHYSICAL

Page 15 of 19 — Received 2/13/2013 12:22:27 PM [Central Standard Time] — on DID: 4 — Channel: 4 — From Sender: 7635366017 — Duration: 06-06

Exhibit C

| Present Symptom List | X If Problem | Denies | Describe Problem (List duration, frequency) | X If Past Problem |
|---|---|---|---|---|
| Interest Activities | | | | |
| Decreased | | | | |
| Increased | | | | |
| Energy | | | | |
| Decreased | | | | |
| Increased | | | | |
| Concentration | | | | |
| Feeling Hopeless/Helpless Worthless/Guilty | | | | |
| Crying | | | | |
| Suicidal Ideation | | | | |
| Homicidal Ideation | | | | |
| Sexual Interest | | | | |
| Decreased | | | | |
| Increased | | | | |
| Hallucinations | | | | |
| Auditory | | | | |
| Visual | | | | |
| Olfactory/Gustatory | | | | |
| Tactile | | | | |
| Others | | | | |
| Delusions | | | | |
| Thought Control/ Insertion | | | | |
| Messages from TV/Radio | | | | |
| Special powers | | | | |
| Thought broadcasting | | | | |
| Religious ideas | | | | |
| Others | | | | |
| Panic Attacks | | | | |
| SOB | | | | |
| Dizziness/Faintness | | | | |
| Palpitations/Chest pain | | | | |
| Trembling | | | | |
| Sweating | | | | |
| Choking | | | | |
| Nausea/Abdominal Distress | | | | |
| Numbness/Tingling | | | | |
| Hot/Cold flashes | | | | |
| Depersonalization | | | | |
| Fear of dying | | | | |
| Fear of going crazy/ Out of control | | | | |
| Fear of being in places/Situation | | | | |
| Phobia(s) | | | | |

Exhibit #8 - Page 16 of 19



Received 2/13/2013 12:22:27 PM [Central Standard Time] — on DID: 4 — Channel: 4 — From Sender: 7635366017 — Duration: 06-06

| Present Symptom List | X If Problem | Denies | Describe Problem (List duration, frequency) | X If Past Problem |
|---|---|---|---|---|
| Anxiety (Generalized) | | | | |
| Motor tension | | | | |
| Autonomic hyperactivity | | | | |
| Vigilance/Scanning | | | | |
| Apprehension/ Expectation | | | | |
| Traumatic Event(s) | | | | |
| Flashbacks | | | | |
| Awake | | | | |
| Dreams | | | | |
| Distress Anniversary Event | | | | |
| Avoidance | | | | |
| Recurrent Irrational Thoughts | | | | |
| Repetitive Nonpurposeful Behavior | | | | |
| Memory | | | | |
| Physical Complaints | | | | |
| Anorexia | | | | |
| Bulimia | | | | |
| Psychosocial Stressors | | | | |

**Chemical Use**

Alcohol-amount ______________________ ; first use ______________________ ; first time a problem ______________ ; last drink ______________ ; blackouts ______________ ; seizures ______________ ; DT's ______________ ; Detox ______________ ; DWI's ______________ ; CD treatment (dates, places) ______________ ;

______________________________________________ ;

Drugs - any of these greater than 3 times:

cocaine, crack
marijuana
speed, amphetamines
downers (Valium, sedatives)
hallucinogens (LSD)
diet pills
laxative (to lose weight)
opiates (heroin, Dilaudid, codeine, percodan)
sniffed glue or solvents
PCP (angel dust)

Smoking

__________ ppd x __________ yrs.

Caffeine - est. amt. per day __________

- associated DSM-IIIR sx. caffeinism ____ present ____ absent

Exhibit #8 - Page 17 of 19

PSYCHIATRY HISTO...

**Past Psychiatric History**

Diagnoses (predominant) ______

Age of onset: ______ Number of episodes ______

Previous admissions (date, place, diagnosis) ______

ECT: (#, date, effect): ______

Suicide attempts (#, dates, methods) ______

Previous medications (type, dose, duration, response) ______

**Medical History:**

Current Physician ______

Physical Conditions ______

Surgeries ______

Allergies ______

LMP ______ Form of Contraception ______

Current Medications: ______ OTC Medications: ______

**Family History:**

Psychiatric ______

Chemical Dependency ______

Suicide ______

Major Medical ______

PSYCHIATRY HISTORY AND ...

**Social History:**

# of sibs, place in sib line ______

Parents' jobs ______ Where Raised ______

Abuse (emotional, physical, sexual) ______

Education (highest grade) ______ Suspended or expelled ______

Special Classes ______

Marriages - give dates, # of children ______

Children (ages, sex) ______

Reason for end of marriage: ______

______

Living Situation ______

Work History (longest job, last job, current support) ______

______

______

Social Interactions ______

Hobbies, Interests, Leisure ______

Legal Problems ______

______

Military History ______

**Review of Systems:** *(Circle if Pertinent)*

| | |
|---|---|
| Hearing Trouble | Eye Disorder |
| Skin Trouble | Sinus Trouble |
| Hayfever | Asthma |
| Bronchitis | Emphysema |
| Tuberculosis | Heart Trouble |
| Heart Murmur | High Blood Pressure |
| Blood Clot | Stroke |
| Gall-bladder Disease | Yellow Jaundice |
| Cirrhosis | Hepatitis |
| Stomach Ulcer | Bowel or Colon Disease |
| Kidney Ailment | Bladder Infection |
| Back Trouble | Breast Lump |
| Problem with Female Organs | Convulsion/Fit |
| Diabetes | Anemia/Low Blood |
| Cancer/Tumor | Thyroid Trouble |
| Arthritis | Serious Injury |