**LAURIE VASICHEK - RE: Affirmative Defense 22**

**From:** "Kruckeberg, Jennifer (Jenny) J." <jenny.kruckeberg@FaegreBD.com>
**To:** 'LAURIE VASICHEK' <LAURIE.VASICHEK@EEOC.GOV>, "Mrachek, Jacqueline A." <...
**Date:** 6/17/2015 9:18 AM
**Subject:** RE: Affirmative Defense 22
**CC:** JEAN KAMP <JEAN.KAMP@EEOC.GOV>, NICHOLAS PLADSON <NICHOLAS.PLADSON@EEOC....

---

Laurie,

Defendant never identified its Twenty-Second defense as an affirmative defense. Rather, it is simply one of the many additional defenses Defendant identified that it will raise against the EEOC's allegations.

Regards,

Jenny

Jennifer (Jenny) J. Kruckeberg
*Associate*
jenny.kruckeberg@FaegreBD.com Download vCard
D: +1 612 766 8126 | F: +1 612 766 1600

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

---

**From:** LAURIE VASICHEK [mailto:LAURIE.VASICHEK@EEOC.GOV]
**Sent:** Tuesday, June 16, 2015 11:44 AM
**To:** Mrachek, Jacqueline A.; Kruckeberg, Jennifer (Jenny) J.
**Cc:** JEAN KAMP; NICHOLAS PLADSON; mtanick@hjlawfirm.com; tayling@hjlawfirm.com
**Subject:** Affirmative Defense 22

Counsel:

Exhibit F

Page 2 of 2

In preparing the EEOC's motion on the pleadings on Cummins' affirmative defense that the EEOC failed to join indispensable parties, I noted that Cummins also asserts in its "Twenty-Second" Defense that the authorization forms are not attributable to it.

There is no such affirmative defense available under the ADA or GINA. The EEOC asks that you withdraw the defense. Please advise by close of business tomorrow whether Cummins will do so.