IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Equal Employment Opportunity Commission, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>Grant P. Habighorst, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>Cummins Power Generation, Inc., a division )<br>of Cummins, Inc. )<br>)<br>Defendant. )<br>) | Civil Case No.:  14-cv-3408 (SRN/SER)<br><br>**PLAINTIFF-INTERVENOR'S<br>MOTION FOR JUDGMENT<br>ON THE PLEADINGS** |

Pursuant to Fed. R. Civ. P. 12(c) and Minnesota Local Rule 7.1, Plaintiff-Intervenor Grant Habighorst moves for judgment on the pleadings of Defendant Cummins Power Generation, Inc.'s Seventeenth Defense set forth in paragraph 69 of Defendant's Answer to Plaintiff-Intervenor's Complaint that he failed to join indispensible parties.  Habighorst and the EEOC have attempted to resolve the dispute informally with Cummins.

The motion has been set for argument before the Honorable Susan Richard Nelson, at 9:30 a.m. on July 30, 2015, in Courtroom 7B, 316 N. Robert Street, St. Paul, MN 55101. The motion is based upon the pleadings, records and proceedings herein, including the Memorandum and Affidavit submitted in support of this motion and the

Memorandum and Declaration submitted by the EEOC on its parallel motion, and such other and further matters as may properly be brought before the Court.

**HELLMUTH & JOHNSON, PLLC**

Date: June 18, 2015

By: ___*s/ Teresa J. Ayling*___

Marshall H. Tanick (#108303)
Teresa J. Ayling (#157478)
8050 West 78th Street
Edina, MN  55439
(952) 941-4005 (phone)
(952) 941-2337 (fax)
mtanick@hjlawfirm.com
tayling@hjlawfirm.com

**ATTORNEYS FOR INTERVENOR**
**GRANT P. HABIGHORST**