IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission, )
                                    )
            Plaintiff,               )
                                    ) Civil Case No.:  14-cv-3408 (SRN/SER)
    and                               )
                                    )
Grant P. Habighorst,                 )
                                    ) **PLAINTIFF-INTERVENOR'S**
               Plaintiff-Intervenor,     ) **NOTICE OF MOTION FOR**
                                    ) **JUDGMENT ON THE**
v.                                      ) **PLEADINGS**
                                    )
Cummins Power Generation, Inc., a division )
of Cummins, Inc.                    )
                                    )
            Defendant.             )
                                    )

TO:    DEFENDANT ABOVE-NAMED THROUGH ITS ATTORNEYS, JACQUELINE A. MRACHEK AND JENNIFER KRUCKEBERG, FAEGRE BAKER DANIELS, 2000 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN  55402; AND PLAINTIFF ABOVE-NAMED THROUGH ITS ATTORNEY, LAURIE A. VASICHECK, EEOC – MINNEAPOLIS AREA OFFICE, 330 SOUTH SECOND AVENUE, SUITE 720, MINNEAPOLIS, MN  55401

PLEASE TAKE NOTICE that, at 9:30 a.m. on July 30, 2015, in Courtroom 7B, 316 N. Robert Street, St. Paul, MN 55101, Plaintiff-Intervenor will present argument to the Honorable Susan Richard Nelson, in support of motion for judgment on the pleadings on the Seventeenth Defense in Defendant Cummins Power Generation Inc.'s ("Cummins") Answer to Intervenor Grant Habighorst's Complaint.

Cummins' affirmative defense alleges that Habighorst failed to join indispensable parties to this action.  Habighorst brings its motion for judgment on the pleadings under

Rule 12(c) and pursuant to Minnesota Local Rule 7.1. This motion after is brought an attempt to resolve the dispute informally.

The motion is based upon the pleadings, records and proceedings here, including the Memorandum and Affidavit submitted in support of the motion and the Memorandum and Declaration submitted by the EEOC in its parallel motion, and such other and further matters as may properly be brought before the Court.

**HELLMUTH & JOHNSON, PLLC**

Date: June 18, 2015

By: _s/Teresa J. Ayling_
Marshall H. Tanick (#108303)
Teresa J. Ayling (#157478)
8050 West 78th Street
Edina, MN 55439
(952) 941-4005 (phone)
(952) 941-2337 (fax)
mtanick@hjlawfirm.com
tayling@hjlawfirm.com

**ATTORNEYS FOR INTERVENOR
GRANT P. HABIGHORST**