IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission, )
                                      )
            Plaintiff,           )
                                      ) Civil Case No.:  14-cv-3408 (SRN/SER)
   and                        )
                                      )
Grant P. Habighorst,               )
                                      )
           Plaintiff-Intervenor,    )   **AFFIDAVIT OF**
                                        )   **TERESA J. AYLING**
v.                               )
                                      )
Cummins Power Generation, Inc., a division )
of Cummins, Inc.                   )
                                      )
           Defendant.        )
                                      )

STATE OF MINNESOTA )
                      ) ss.
COUNTY OF HENNEPIN )

       TERESA J. AYLING, being first duly sworn under oath, states and alleges as follows:

       1.     My name is Teresa J. Ayling.  I am one of the attorneys representing Grant Habighorst in the above matter.  I make this affidavit based on my personal knowledge.

       2.     The EEOC unsuccessfully attempted to resolve the issue of Defendant Cummins' defense of failure to join indispensible parties as reflected in the Declaration of the EEOC's attorney, Laurie Vasichek.  Cummins interposed that same defense of failure to join indispensible parties in its answer to Plaintiff-Intervenor Habighorst's Complaint.  Attached as Exhibit A is an email I sent to Cummins' counsel relating to the

issue of Cummins defense of failure to join indispensible parties.  The issue has not been resolved.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: June _18th_, 2015          By: _____
                                         Teresa J. Ayling

Subscribed and sworn to before me
on this _18th_ day of June, 2015

_____
Notary Public

DEBRA H TELANDER
Notary Public
Minnesota
My Commission Expires January 31, 2020