# Exhibit A

# Teresa J. Ayling

**From:** Teresa J. Ayling
**Sent:** Wednesday, June 17, 2015 9:33 AM
**To:** 'Kruckeberg, Jennifer (Jenny) J.'; 'LAURIE VASICHEK'; Mrachek, Jacqueline A.
**Cc:** JEAN KAMP; NICHOLAS PLADSON; Marshall H. Tanick; Strandquist, Tessa D.
**Subject:** RE: Affirmative Defense 22

Jenny-

I am writing to notify you that Plaintiff-Intervenor Habighorst plans to make a motion for judgment on the pleadings with regard to Cummins' Seventeenth and Eighteenth defenses, failure to join indispensable parties and that the forms were not attributable to Cummins, for the same reasons previously expressed by the EEOC. The motion is scheduled for July 30, 2015 at 9:30 a.m.

Plaintiff-Intervenor asks that these defenses be withdrawn. Please let us know by the close of business today whether the defenses will be withdrawn.

**Teresa J. Ayling**
**Attorney at Law**

Direct dial: (952) 460-9244
tayling@hjlawfirm.com

 HELLMUTH & JOHNSON PLLC
ATTORNEYS AT LAW

8050 West 78th Street
Edina, MN 55439
Phn: (952) 941-4005
Fax: (952) 941-2337

\*\*\*Privilege and Confidentiality Notice\*\*\*

This electronic mail message and any attached files contain information intended for the exclusive use of the specific individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is prohibited and may be subject to legal restriction or sanction. Please notify the sender, by reply electronic mail or telephone, of any unintended recipients and delete the original message and any attachments without making any copies. Thank you.

**From:** Kruckeberg, Jennifer (Jenny) J. [mailto:jenny.kruckeberg@FaegreBD.com]
**Sent:** Wednesday, June 17, 2015 9:17 AM
**To:** 'LAURIE VASICHEK'; Mrachek, Jacqueline A.
**Cc:** JEAN KAMP; NICHOLAS PLADSON; Marshall H. Tanick; Teresa J. Ayling; Strandquist, Tessa D.
**Subject:** RE: Affirmative Defense 22

Laurie,

Defendant never identified its Twenty-Second defense as an affirmative defense. Rather, it is simply one of the many additional defenses Defendant identified that it will raise against the EEOC's allegations.

Regards,

Jenny

Jennifer (Jenny) J. Kruckeberg
*Associate*
jenny.kruckeberg@FaegreBD.com    Download vCard
D: +1 612 766 8126 | F: +1 612 766 1600

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

**From:** LAURIE VASICHEK [mailto:LAURIE.VASICHEK@EEOC.GOV]
**Sent:** Tuesday, June 16, 2015 11:44 AM
**To:** Mrachek, Jacqueline A.; Kruckeberg, Jennifer (Jenny) J.
**Cc:** JEAN KAMP; NICHOLAS PLADSON; mtanick@hjlawfirm.com; tayling@hjlawfirm.com
**Subject:** Affirmative Defense 22

Counsel:

In preparing the EEOC's motion on the pleadings on Cummins' affirmative defense that the EEOC failed to join indispensable parties, I noted that Cummins also asserts in its "Twenty-Second" Defense that the authorization forms are not attributable to it.

There is no such affirmative defense available under the ADA or GINA. The EEOC asks that you withdraw the defense. Please advise by close of business tomorrow whether Cummins will do so.