**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| Equal Employment Opportunity Commission, | )<br>)<br>)<br>) | Court File No. 14-cv-03408-SRN-SER |

Equal Employment Opportunity
Commission,

           Plaintiff,

and

Grant Habighorst,

           Plaintiff-Intervenor,

v.

Cummins Power Generation Inc., a
division of Cummins Inc.,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Court File No. 14-cv-03408-SRN-SER

**DEFENDANT'S MEMORANDUM
OF LAW IN OPPOSITION
TO PLAINTIFF-INTERVENOR
GRANT HABIGHORST'S MOTION
FOR JUDGMENT ON THE
PLEADINGS ON DEFENDANT'S
DEFENSE THAT HE FAILED TO
JOIN INDISPENSIBLE PARTIES**

## INTRODUCTION

Plaintiff-Intervenor Grant Habighorst has brought the identical motion to Plaintiff

EEOC's motion for judgment on the pleadings with respect to one of Defendant's

defenses, and his motion is equally flawed.  Plaintiff-Intervenor has set forth the same

arguments as those advanced by Plaintiff, and his motion must be dismissed for the same

reasons as those discussed in Defendant's response to Plaintiff's motion.

## FACTUAL BACKGROUND

Defendant incorporates by reference herein the Factual Background regarding the

events giving rise to the matter contained in its response to Plaintiff's motion.

Plaintiff-Intervenor intervened in this lawsuit by filing a Complaint virtually

identical to Plaintiff's Complaint, on February 24, 2015. Defendant filed an Answer to Plaintiff-Intervenor's Complaint on March 20, 2015. Defendant reserved its Seventeenth Defense as Plaintiff-Intervenor failed to join indispensable parties. The defense was not labeled an affirmative defense.

Plaintiff-Intervenor filed an identical motion to Plaintiff's for judgment on the pleadings with respect to the Seventeenth Defense on June 18, 2015.

## ARGUMENT

Plaintiff-Intervenor's motion lacks merits for all the reasons stated and incorporated herein by reference in Defendant's memorandum in opposition to Plaintiff's motion for judgment on the pleadings. The only variation in argument arises from the Argument Section B(1), in which Defendant demonstrates that a properly filed motion to strike in this matter would be untimely. The same argument applies here, although Plaintiff-Intervenor would have needed to file and serve his motion within 21 days of Defendant's Answer to his complaint, or by April 9, 2015. Plaintiff-Intervenor did not serve and file his motion seeking to strike one of Defendant's defenses until June 18, 2015. Thus, Plaintiff-Intervenor's motion is similarly untimely and must be dismissed for this reason, as well as all the other reasons discussed in Defendant's memorandum in response to Plaintiff's motion.

## CONCLUSION

Plaintiff-Intervenor's motion for judgment on the pleadings is improper procedurally and on the merits. For all the foregoing reasons, Defendant respectfully requests Plaintiff-Intervenor's motion be denied.

FAEGRE BAKER DANIELS LLP

Dated: July 9, 2015

s/ Jennifer J. Kruckeberg
Jacqueline A. Mrachek, MN Atty #0216434
  Jacqueline.Mrachek@FaegreBD.com
Jennifer J. Kruckeberg, MN Atty #0337675
  Jenny.Kruckeberg@FaegreBD.com

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Phone: (612) 766-7000

Attorneys for Defendant
Cummins Power Generation Inc.

US.58112275.01