IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission, )
) Civil Case No.:  14-cv-3408 (SRN/SER)
             Plaintiff,          )
)
    and                )  **PLAINTIFF-INTERVENOR**
)  **GRANT HABIGHORST'S**
Grant P. Habighorst,        )  **REPLY MEMORANDUM OF LAW**
)  **IN SUPPORT OF MOTION FOR**
         Plaintiff-Intervenor,  )  **JUDGMENT ON THE PLEADINGS**
)  **ON CUMMINS' DEFENSE THAT**
)  **HE FAILED TO JOIN**
v.                 )  **INDISPENSIBLE PARTIES**
)
Cummins Power Generation, Inc., a division  )
of Cummins, Inc.         )
)
         Defendant.      )
)

## I.    INTRODUCTION

Plaintiff-Intervenor Grant Habighorst incorporates herein by reference the arguments made by the EEOC in the EEOC's Reply Memorandum In Support of Its Motion for Judgment on the Pleadings relating to Cummins' defense that the EEOC and Habighorst failed to join indispensible parties. The arguments made by the EEOC apply with equal force to Habighorst. The Motion was properly brought under Fed. R. Civ. P. 12(c), it is neither untimely nor premature, and there are no disputed issues of material facts that would prevent dismissal of the defense at this stage in the proceedings. Lastly, the motion is not a waste of judicial resources, but will save the time of the Court and the parties in not having to try an issue that can be determined as a matter of law.

1

## II.   CONCLUSION

For the reasons set forth in the memoranda of law of the EEOC, Cummins defense of failure to join indispensable parties has no basis in law, and Plaintiff-Intervenor Habighorst therefore requests that judgment be entered on the pleadings related to that defense.

**HELLMUTH & JOHNSON, PLLC**

Date:  July 22, 2015

By:   *s/ Teresa J. Ayling*
Marshall H. Tanick (#108303)
Teresa J. Ayling (#157478)
8050 West 78th Street
Edina, MN  55439
(952) 941-4005 (phone)
(952) 941-2337 (fax)
mtanick@hjlawfirm.com
tayling@hjlawfirm.com

**ATTORNEYS FOR INTERVENOR
GRANT P. HABIGHORST**

2