IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Equal Employment Opportunity Commission, )<br>) Civil Case No.:  14-cv-3408 (SRN/SER)<br>      Plaintiff,      )<br>)<br>   and   )<br>)<br>Grant P. Habighorst,   )<br>)<br>      Plaintiff-Intervenor,   )<br>)<br>v.   )<br>)<br>Cummins Power Generation, Inc., a division  )<br>of Cummins, Inc.   )<br>)<br>      Defendant.   )<br>) | **CERTIFICATION OF**<br>**COMPLIANCE WITH WORD**<br>**COUNT AND OTHER LIMITS OF**<br>**LOCAL RULE 7.1(f)**<br><br>**AND**<br><br>**CERTIFICATION OF**<br>**COMPLIANCE WITH THE TYPE-**<br>**SIZE LIMIT OF LOCAL**<br>**RULE 7.1(h)** |

I represent Plaintiff-Intervenor, and certify that his Reply Memorandum in Support of his Motion for Judgment on the Pleadings on Cummins' Defense that he Failed to Join Indispensible Parties complies with the limits in Local Rule 7.1(f) and the type-size limit of LR 7.1(h).

I further certify that, in my preparation of this memorandum, I used Microsoft Office Word 2007 Version SP3 MSO. This word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that Plaintiff-Intervenor's supporting memorandum contained 482 words and the above-referenced reply memorandum contains 295 words for a total of 777 words.

**HELLMUTH & JOHNSON, PLLC**

Date: July 22, 2015

By: ___*s/ Teresa J. Ayling*___
Marshall H. Tanick (#108303)
Teresa J. Ayling (#157478)
8050 West 78th Street
Edina, MN 55439
(952) 941-4005 (phone)
(952) 941-2337 (fax)
mtanick@hjlawfirm.com
tayling@hjlawfirm.com

**ATTORNEYS FOR INTERVENOR**
**GRANT P. HABIGHORST**