## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Equal Employment Opportunity Commission, | ) ) ) |
| Plaintiff, | ) Court File No. 14-cv-03408-SRN- ) SER |
| and | ) ) |
| Grant Habighorst, | ) **EEOC'S MOTION FOR A** ) **PROTECTIVE ORDER AND TO** ) **QUASH THIRD-PARTY** |
| Plaintiff-Intervenor, | ) **SUBPOENAS** ) |
| v. | ) ) |
| Cummins Power Generation Inc., a division of Cummins Inc. | ) ) |
| Defendant. | ) ) ) |

Plaintiff Equal Employment Opportunity Commission ("EEOC") moves the Court for a protective order and to quash third-party subpoenas issued by Defendant Cummins Power Generation, Inc.  The EEOC brings its motion under Rule 26 and 45 of the Federal Rules of Civil Procedure and pursuant to Minnesota Local Rule 7.1.  The EEOC makes this motion after attempting to resolve the dispute informally with Cummins.

The EEOC asks that this Court quash the third-party subpoena issued to Ecolab, Inc.  The EEOC asks that the Court quash the subpoena issued to Digital Datavoice Corporation, with one exception to permit Defendants to

receive information relating to wages, benefits, and the cessation of Plaintiff-Intervenor Grant Habighorst's employment there.  Both subpoenas seek information that is irrelevant and non-discoverable under Rule 26(b), and would subject Habighorst to undue annoyance, embarrassment, and oppression within the meaning of Rule 26(c).

The EEOC seeks a protective order prohibiting Defendant from reviewing documents related to any quashed portions of these subpoenas, and requiring destruction of any such documents received.  The EEOC also asks that the protective order bar Defendant from serving any additional third-party subpoenas without providing the EEOC sufficient advance notice to be heard on any objections.

The motion has been set for argument before the Honorable Steven E. Rau, at 10:30 a.m. on November 12, 2015 in Courtroom 3C, 316 N. Robert Street, St. Paul, MN 55101.  This motion is based upon the pleadings, records, and proceedings here, including the Memorandum and Declaration submitted in support of the motion and such other and further matters as may properly be brought before the Court.

Dated:  September 18, 2015

Equal Employment Opportunity Commission


By:  s/ Jessica A. Palmer-Denig
Laurie A. Vasichek (Minn. 171438)
EEOC - Minneapolis Area Office
330 South Second Avenue, Suite 720
Minneapolis, MN  55401
Telephone:  (612) 335-4061
Facsimile:  (612) 335-4044
laurie.vasichek@eeoc.gov

.

Jessica A. Palmer-Denig (Minn. 0298281)
Senior Trial Attorney
Minneapolis Area Office
330 Second Avenue South, Ste. 720
Minneapolis, Minnesota 55401
Telephone:  (612) 334-4010
Facsimile:  (612) 335-4044
jessica.palmer-denig@eeoc.gov