## LADONNA SOLNITZKY - EEOC v. Cummins Power Generation - Notice of 3rd Party Subpoenas

| | |
|---|---|
| **From:** | "Strandquist, Tessa D." <Tessa.Strandquist@FaegreBD.com> |
| **To:** | "laurie.vasichek@eeoc.gov" <laurie.vasichek@eeoc.gov>, "NICHOLAS.PLADSON... |
| **Date:** | 9/9/2015 11:25 AM |
| **Subject:** | EEOC v. Cummins Power Generation - Notice of 3rd Party Subpoenas |
| **CC:** | JEAN KAMP <JEAN.KAMP@EEOC.GOV>, "Mrachek, Jacqueline A." <Jacqueline.Mra... |
| **Attachments:** | 2015-09-09 - NAT Service Letterre_ Notice of Serving 3rd Party Subpoena....pdf; 2015-09-09 - Notice of SubpoenaDuces Tecum to Digital Datavoice Corp..pdf; 2015-09-09 - Notice of Subpoena Duces Tecum to Ecolab Inc..pdf; 2015-09-09 - Notice of SubpoenaDuces Tecum to ZinnCorp, Inc..pdf |

On behalf of Nicole Truso, please see attached. Copies will also be sent to you by U.S. Mail.

Regards,

Tessa D. Strandquist
*Assistant Supervisor*
tessa.strandquist@FaegreBD.com    Download vCard
D: +1 612 766 7120 | F: +1 612 766 1600

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

EXHIBIT A

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Nicole A. Truso**
nicole.truso@FaegreBD.com
Direct **+1 612 766 8445**

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone **+1 612 766 7000**
Fax **+1 612 766 1600**

September 9, 2015

## VIA EMAIL & U.S. MAIL

Laurie Vasichek
Nicholas Pladson
U.S. Equal Employment Opportunity Commission
Minneapolis Area Office
330 2nd Ave. S., Suite 720
Minneapolis, MN 55401

Marshall H. Tanick
Teresa J. Ayling
Hellmuth & Johnson PLLC
8050 West 78th Street
Minneapolis, MN 55439

Re:     *Equal Employment Opportunity Commission v. Cummins Power Generation Inc.*
        Civil File No. 14-cv-03408-SRN-SER

Dear Counsel:

Pursuant to Rule 45.02(e), we are providing you notice of our intent to serve the enclosed third-party subpoenas on Digital Datavoice Corporation, Ecolab Inc., and ZinnCorp, Inc. We intend to serve these subpoenas September 10.

Very truly yours,

*Nicole Truso*

Nicole A. Truso

TRUNA:fortd
Enclosures

cc:     Jacqueline A. Mrachek

US.96573654.01

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Equal Employment Opportunity Commission, )<br><br>Plaintiff, )<br><br>and )<br><br>Grant Habighorst, )<br><br>Plaintiff-Intervenor, )<br><br>v. )<br><br>Cummins Power Generation Inc., a division of Cummins Inc. )<br><br>Defendant. ) | Court File No. 14-cv-03408-SRN-SER<br><br><br>**NOTICE OF SUBPOENA DUCES TECUM TO DIGITAL DATAVOICE CORPORATION** |

TO:    Plaintiff Equal Employment Opportunity Commission and its attorneys, Laurie Vasichek and Nicholas Pladson, Equal Employment Opportunity Commission, Minneapolis Area Office, 330 2nd Avenue South, Suite 720, Minneapolis, MN 55401

- and -

Plaintiff-Intervenor Grant Habighorst, Marshall H. Tanick and Teresa J. Ayling, Hellmuth & Johnson PLLC, 8050 West 78th Street, Minneapolis, MN 55439.

Please Take Notice that, Pursuant to Federal Rule of Civil Procedure 45, the undersigned counsel for the Defendant will be serving the attached subpoena to:

Digital Datavoice Corporation
1210 Northdale Dr. #160
St. Paul, MN 55120

for the production of the documents listed in Schedule A to the office of Jacqueline Mrachek, Faegre Baker Daniels LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402-3901 on September 17, 2015 at 5:00 p.m.

FAEGRE BAKER DANIELS LLP

Dated:  September 9, 2015

Jacqueline A. Mrachek, MN Atty #0216434
  Jacqueline.Mrachek@FaegreBD.com
Nicole A. Truso, MN Atty #0390293
  Nicole.Truso@FaegreBD.com

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Phone: (612) 766-7000

Attorneys for Defendant
Cummins Power Generation Inc.

2

US.96571505.01

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>and<br><br>Grant Habighorst,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>Cummins Power Generation Inc., a division of Cummins Inc.<br><br>    Defendant. | Court File No. 14-cv-03408-SRN-SER<br><br><br>**NOTICE OF SUBPOENA DUCES TECUM TO ECOLAB INC.** |

TO: Plaintiff Equal Employment Opportunity Commission and its attorneys, Laurie Vasichek and Nicholas Pladson, Equal Employment Opportunity Commission, Minneapolis Area Office, 330 2nd Avenue South, Suite 720, Minneapolis, MN 55401

- and -

Plaintiff-Intervenor Grant Habighorst, Marshall H. Tanick and Teresa J. Ayling, Hellmuth & Johnson PLLC, 8050 West 78th Street, Minneapolis, MN 55439.

Please Take Notice that, Pursuant to Federal Rule of Civil Procedure 45, the undersigned counsel for the Defendant will be serving the attached subpoena to:

Ecolab Inc.
370 Wabasha St. N
St. Paul, MN 55102

for the production of the documents listed in Schedule A to the office of Jacqueline Mrachek, Faegre Baker Daniels LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402-3901 on September 17, 2015 at 5:00 p.m.

FAEGRE BAKER DANIELS LLP

Dated:  September 9, 2015

Jacqueline A. Mrachek, MN Atty #0216434
   Jacqueline.Mrachek@FaegreBD.com
Nicole A. Truso, MN Atty #0390293
   Nicole.Truso@FaegreBD.com

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Phone: (612) 766-7000

Attorneys for Defendant
Cummins Power Generation Inc.

2