**From:**      LAURIE VASICHEK
**To:**        NICHOLAS.PLADSON@EEOC.GOV; Tessa.Strandquist@faegrebd.com; mtanick@hjlaw...
**CC:**        JEAN.KAMP@EEOC.GOV; Jacqueline.Mrachek@faegrebd.com; Nicole.Truso@faegre...
**Date:**      9/9/2015 11:44 AM
**Subject:**   Re: EEOC v. Cummins Power Generation - Notice of 3rd Party Subpoenas

The EEOC objects to these subpoenas.  Please do not serve these subpoenas until we have an opportunity to discuss my objections.

>>> &quot;Strandquist, Tessa D.&quot; <Tessa.Strandquist@FaegreBD.com> 09/09/15 11:25 AM >>>
On behalf of Nicole Truso, please see attached.  Copies will also be sent to you by U.S. Mail.

Regards,
Tessa D. Strandquist
Assistant Supervisor
tessa.strandquist@FaegreBD.com<mailto:tessa.strandquist@FaegreBD.com>
Download vCard<http://www.faegrebd.com/vcard/tessa.strandquist.vcf>
D: +1 612 766 7120 | F: +1 612 766 1600

Faegre Baker Daniels LLP<http://www.FaegreBD.com>
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

EXHIBIT D