## LADONNA SOLNITZKY - RE: EEOC v. Cummins Power Generation - Notice of 3rd Party Subpoenas

| | |
|---|---|
| **From:** | LAURIE VASICHEK |
| **To:** | PLADSON, NICHOLAS; TAyling@hjlawfirm.com; Truso, Nicole A.; mtanick@h... |
| **Date:** | 9/10/2015 1:51 PM |
| **Subject:** | RE: EEOC v. Cummins Power Generation - Notice of 3rd Party Subpoenas |
| **CC:** | KAMP, JEAN; Mrachek, Jacqueline A.; PALMER-DENIG, JESSICA; Strandquis... |

Counsel:

The EEOC objects to the proposed subpoenas because they are inappropriate fishing expeditions. They are not reasonably calculated to lead to the discovery of admissible evidence, and indeed, could result in the production of privileged medical and personal information. Please explain what relevant information Defendants hopes to discover from these subpoenas?

Furthermore, to the extent that Defendant seeks this information as a component of an anticipated IME, the EEOC reiterates its objection to any Rule 35 medical examination in this case. If the Defendant anticipates taking one, please provide your notice of such an exam promptly so that we can schedule a hearing before Judge Rau on both your subpoenas duces tecum and your request for an IME.

If you want to talk further about this matter, including the scheduling of a hearing before the Court, I will be available at 10:30 a.m. on Monday, September 14, for a telephone conference.



Laurie Vasichek
Trial Attorney
EEOC
Minneapolis Area Office
330 2nd Ave. S., Suite 720
Minneapolis, MN 55401
612-335-4061
>>> "Truso, Nicole A." <Nicole.Truso@faegrebd.com> 9/9/2015 4:44 PM >>>
Laurie,

We are happy to arrange a time to discuss your objections. However, as you know, there are several upcoming deadlines in this case, including an IME and expert report deadline for which we require these documents. Your email does not set forth any specific objection or authority that would prevent us from serving these subpoenas, and if we are unable to discuss promptly, we will need to move forward in serving the subpoenas such that Cummins is not prejudiced by any delay.

Regards,

Nicole


Nicole A. Truso
Associate

EXHIBIT E

Page 2 of 2

nicole.truso@FaegreBD.com
D: +1 612 766 8445 | F: +1 612 766 1600

www.FaegreBD.com

Faegre Baker Daniels LLP
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

-----Original Message-----
From: LAURIE VASICHEK [mailto:LAURIE.VASICHEK@EEOC.GOV]
Sent: Wednesday, September 09, 2015 11:45 AM
To: NICHOLAS PLADSON; Strandquist, Tessa D.; mtanick@hjlawfirm.com; TAyling@hjlawfirm.com
Cc: JEAN KAMP; Mrachek, Jacqueline A.; Truso, Nicole A.
Subject: Re: EEOC v. Cummins Power Generation - Notice of 3rd Party Subpoenas

The EEOC objects to these subpoenas.  Please do not serve these subpoenas until we have an opportunity to discuss my objections.

>>> &quot;Strandquist, Tessa D.&quot; <Tessa.Strandquist@FaegreBD.com> 09/09/15 11:25 AM >>>
On behalf of Nicole Truso, please see attached.  Copies will also be sent to you by U.S. Mail.

Regards,
Tessa D. Strandquist
Assistant Supervisor
tessa.strandquist@FaegreBD.com<mailto:tessa.strandquist@FaegreBD.com>    Download
vCard<http://www.faegrebd.com/vcard/tessa.strandquist.vcf>
D: +1 612 766 7120 | F: +1 612 766 1600

Faegre Baker Daniels LLP<http://www.FaegreBD.com>
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.