**LADONNA SOLNITZKY - RE: EEOC v. Cummins Power Generation - 3rd Party Subpoenas**

| | |
|---|---|
| **From:** | "Strandquist, Tessa D." <Tessa.Strandquist@FaegreBD.com> |
| **To:** | 'LAURIE VASICHEK' <LAURIE.VASICHEK@EEOC.GOV>, "'PLADSON, NICHOLAS'" <NIC... |
| **Date:** | 9/11/2015 3:43 PM |
| **Subject:** | RE: EEOC v. Cummins Power Generation - 3rd Party Subpoenas |
| **CC:** | "'KAMP, JEAN'" <JEAN.KAMP@EEOC.GOV>, "Mrachek, Jacqueline A." <Jacquelin... |
| **Attachments:** | 2015-09-11 - Digital DatavoiceSubpoena Duces Tecum - EEOC (Habighorst) ....pdf; 2015-09-11 - Ecolab SubpoenaDuces Tecum - EEOC (Habighorst) v. CPG.PDF; 2015-09-11 - ZinnCorp SubpoenaDuces Tecum - EEOC (Habighorst) v. CPG.PDF |

On behalf of Nicole, please see attached.

Thank you,

Tessa D. Strandquist
*Assistant Supervisor*
tessa.strandquist@FaegreBD.com    Download vCard
D: +1 612 766 7120 | F: +1 612 766 1600

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank

EXHIBIT G

FaegreBD.com

# FAEGRE BAKER DANIELS

USA · UK · CHINA

**Nicole A. Truso**

nicole.truso@FaegreBD.com

Direct **+1 612 766 8445**

**Faegre Baker Daniels LLP**

2200 Wells Fargo Center · 90 South Seventh Street

Minneapolis · Minnesota 55402-3901

Phone **+1 612 766 7000**

Fax **+1 612 766 1600**

September 11, 2015

**VIA PROCESS SERVER**

Digital Datavoice Corporation
1210 Northdale Dr. #160
St. Paul, MN 55120

Re:   *Equal Employment Opportunity Commission and Grant Habighorst v.*
      *Cummins Power Generation Inc.*
      Civil File No. 14-cv-03408-SRN-SER

To Whom It May Concern:

This firm represents Cummins Power Generation Inc. in the above-referenced lawsuit. In connection with the lawsuit, it is necessary that we obtain certain documents in your possession, custody, or control relating to Grant Habighorst.

Enclosed and personally served upon you is a subpoena with schedule A attached requesting documents relating to Mr. Habighorst. Please note that this subpoena covers all manner of documents, including electronically-stored documents

Please provide the copies of the responsive documents no later than September 21, 2015. We are, of course, willing to pay reasonable charges for obtaining these records. Upon receipt of this subpoena, please call me to discuss arrangements for obtaining the documents requested.

Very truly yours,

Nicole A. Truso

TRUNA:fortd
Enclosures
cc:   Laurie Vasichek (via email)
      Nicholas Pladson (via email)
      Marshall H. Tanick (via email)
      Teresa J. Ayling (via email)
      Jacqueline A. Mrachek (via email)

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ˙ UK ˙ CHINA

Nicole A. Truso
nicole.truso@FaegreBD.com
Direct +1 612 766 8445

Faegre Baker Daniels LLP
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone +1 612 766 7000
Fax +1 612 766 1600

September 11, 2015

**VIA PROCESS SERVER**

Ecolab Inc.
370 Wabasha St. N
St. Paul, MN 55102

Re:    *Equal Employment Opportunity Commission and Grant Habighorst v.*
       *Cummins Power Generation Inc.*
       Civil File No. 14-cv-03408-SRN-SER

To Whom It May Concern:

This firm represents Cummins Power Generation Inc. in the above-referenced lawsuit. In connection with the lawsuit, it is necessary that we obtain certain documents in your possession, custody, or control relating to Grant Habighorst.

Enclosed and personally served upon you is a subpoena with schedule A attached requesting documents relating to Mr. Habighorst. Please note that this subpoena covers all manner of documents, including electronically-stored documents

Please provide the copies of the responsive documents no later than September 21, 2015. We are, of course, willing to pay reasonable charges for obtaining these records. Upon receipt of this subpoena, please call me to discuss arrangements for obtaining the documents requested.

Very truly yours,

Nicole A. Truso

TRUNA:fortd
Enclosures
cc:    Laurie Vasichek (via email)
       Nicholas Pladson (via email)
       Marshall H. Tanick (via email)
       Teresa J. Ayling (via email)
       Jacqueline A. Mrachek (via email)

US.96577221.01