IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission, )
)
            Plaintiff, )
)
    and )
)
Grant P. Habighorst, )
)
            Plaintiff-Intervenor, )
)
)
)
v. )
)
Cummins Power Generation, Inc., a division )
of Cummins, Inc. )
)
)
            Defendant. )
)

Civil Case No.:  14-cv-3408 (SRN/SER)

**PLAINTIFF-INTERVENOR'S AMENDED ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

TO:    DEFENDANT ABOVE-NAMED THROUGH ITS ATTORNEYS, JACQUELINE A. MRACHEK AND JENNIFER J. KRUCKEBERG, FAEGRE BAKER DANIELS, LLP, 2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN  55402-3901.

Pursuant to Minn. R. Civ. P. 26 and 33, Plaintiff-Intervenor responds to Defendant's Interrogatories as follows:

**GENERAL OBJECTIONS**

Each of the following General Objections and Responses is incorporated into each of the Specific Responses and Objections below as if fully repeated therein.

1.    Plaintiff-Intervenor submits these General Objections and Responses and agrees to respond to these Interrogatories without intending to waive, and expressly preserving the right, at any time, in accordance with applicable rules, statutes and procedures, (i) to revise, correct, supplement or clarify any of the responses herein, or (ii) to object and respond to any future other discovery requests.

1

EXHIBIT I

Redacted

**INTERROGATORY NO. 2:** Other than Defendant, identify all employment, self-employment or work as an independent contractor you have performed since January 1, 1995 through the date of trial, including any consulting work, by identifying the full name and address of each employer or contracting party, dates of employment or contractual relationship; and wages or compensation received.

> **ANSWER:** Plaintiff-Intervenor objects on the ground that the information sought is irrelevant to the subject matter of the action and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objection, Plaintiff-Intervenor provides the following information:

| Employer | Address | Role | Start Date | End Date | Wages |
|---|---|---|---|---|---|
| Redacted | | | | | |
| Digital Datavoice Corporation | 1210 Northdale Dr. #160 St. Paul, MN 55120 | Business Analyst | 03/2014 | 07/2014 | $72,000 / Yr.  2014 Wages: $26,148.17 |
| Redacted | | | | | |

3

Redacted

| Ecolab Inc. | 370 Wabasha St N St Paul, MN (651) 293-1963 | Project Manager | 04/2007 | 04/2011 | $110,000 / Yr. |

Redacted



Date: June 22, 2015

By: _____
Grant Habighorst

Subscribed and sworn to before me this 22nd day of June, 2015.

_____
Notary Public

TERESA J AYLING
Notary Public
Minnesota
My Commission Expires January 31, 2020

**AS TO OBJECTIONS:**

Date: June 22nd 2015

**HELLMUTH & JOHNSON, PLLC**

By: _____
Marshall H. Tanick (#108303)
Teresa J. Ayling (#157478)
8050 West 78th Street
Edina, MN 55439
(952) 941-4005 (phone)
(952) 941-2337 (fax)
mtanick@hjlawfirm.com
tayling@hjlawfirm.com
**ATTORNEYS FOR INTERVENOR**
**GRANT P. HABIGHORST**

11