FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Jennifer (Jenny) J. Kruckeberg**
jenny.kruckeberg@FaegreBD.com
Direct **+1 612 766 8126**

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone **+1 612 766 7000**
Fax **+1 612 766 1600**

March 27, 2015

**<u>VIA E-MAIL, ORIGINAL TO FOLLOW BY U.S. MAIL</u>**

Marshall H. Tanick
Teresa J. Ayling
Hellmuth & Johnson PLLC
8050 West 78th Street
Minneapolis, MN 55439

Re:   *Equal Employment Opportunity Commission v. Cummins Power Generation Inc.*
       Civil File No. 14-cv-03408-SRN-SER

Dear Counsel:

Enclosed and served upon you are the following:

1.   Defendant's First Set of Interrogatories to Plaintiff-Intervenor Grant Habighorst;

2.   Defendant's First Request for Production of Documents to Plaintiff-Intervenor Grant Habighorst;

3.   Consent and Authorization for the Release of Physical and Mental Health Records (five copies);

4.   Consent and Authorization for the Release of Psychotherapy Notes (five copies); and

5.   Authorization for Release of Employment and Wage Records (five copies).

Very truly yours,

Jennifer J. Kruckeberg

KRUJJ:reedm
Enclosures

cc:   Laurie Vasichek (w/enc.; via email and U.S. Mail)

**EXHIBIT J**

US.55999458.01

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT AND WAGE RECORDS

**TO:**   _____

_____

_____

**RE:**            Grant Habighorst
**Date of Birth:**   July 6, 1967
**SSN:**           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

I, Grant Habighorst, hereby authorize you to release to the law firm of Faegre Baker Daniels LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402, or its agents or representatives any and all information pertaining to my employment and wage records contained in your files, including but not limited to, my complete personnel file, benefits file, payroll records, workers' compensation, and any and all reports of medical examinations and/or medical history in your files, correspondence, telephone messages, resumes, applications, and disciplinary records.

You are specifically authorized to allow the named attorneys or their agents to inspect and/or photocopy any and all such files, records, etc., as they deem appropriate.

A photocopy of this authorization shall be as valid and may be used and relied on with the same force and effect as the signed original.

_____          _____
Signed                                                           Dated