**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>and<br><br>Grant Habighorst,<br><br>Plaintiff-Intervenor,<br>v.<br><br>Cummins Power Generation Inc., a division of Cummins Inc.,<br><br>Defendant. | Court File No. 14-cv-03408-SRN-SER<br><br>**AFFIDAVIT OF NICOLE A. TRUSO IN OPPOSITION TO PLAINTIFF EEOC'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH THIRD-PARTY SUBPOENAS** |

STATE OF MINNESOTA )
)ss
COUNTY OF HENNEPIN )

Nicole A. Truso, being first duly sworn on oath, states as follows:

1. I am one of the attorneys representing Cummins Power Generation Inc. ("Cummins" or "Defendant") in the above-entitled action.

2. Attached as Exhibit 1 is a true and correct copy of Defendant's First Set of Document Requests to Plaintiff-Intervenor dated March 27, 2015.

3. Attached as Exhibit 2 is a true and correct copy of Plaintiff-Intervenor's Response to Defendant's First Request for Production of Documents dated June 9, 2015.

4. I have reviewed the documents produced by Plaintiff-Intervenor in this matter. The following list are the documents related to Plaintiff-Intervenor's earnings that have been produced to date:

- 2013 tax returns
- 2013 tax returns
- 2012 W-2 forms from Cummins and College Town Pizza
- 2013 W-2 form from Cummins
- Various 1099s from 2013 and 2014
- 2014 W-2 form from Digital Datavoice Corporation
- Paystub from Optum dated May 2015

5. Attached as Exhibit 3 is a true and correct copy of Plaintiff's Second Request for Production of Documents to Defendant dated August 21, 2015, which was served on August 22, 2015.

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition of Grant Habighorst.

Further your affiant sayeth not.

s/ Nicole A. Truso
Nicole A. Truso

Subscribed to and sworn to before me
this 25th day of September, 2015.

s/ Tessa D. Strandquist
Notary Public