## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | Court File No. 14-cv-03408-SRN-SER |
| Plaintiff, | ) ) ) |  |
| and | ) ) | **PLACEHOLDER FOR** |
| Grant Habighorst, | ) ) | **EXHIBIT 4** |
| Plaintiff-Intervenor, | ) ) |  |
| v. | ) ) |  |
| Cummins Power Generation Inc., a division of Cummins Inc. | ) ) ) |  |
| Defendant. | ) ) ) |  |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

### Exhibit 4 – Excerpts from the deposition of Grant Habighorst

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Document number of protective order: 20)

__ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
        (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

US.101769131.01