## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Equal Employment Opportunity Commission | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | Court File No. 14-cv-03408-SRN-SER |
| Grant Habighorst | ) ) ) | |
| Plaintiff-Intervenor, | ) ) ) | **Stipulation to Stay Discovery, Motions and Scheduling Order** |
| v. | ) ) ) | |
| Cummins Power Generation, Inc., a division of Cummins, Inc. | ) ) ) | |
| Defendant. | ) ) ) | |

WHEREAS, the parties have scheduled a settlement conference for November 23, 2015, and would like to avoid unnecessary expenses pending settlement discussions; and

WHEREAS, the parties conferred with the Court via telephone on October 14, 2015, regarding staying remaining discovery and motion practice in this matter until after November 23, 2015, and regarding the extension of dates under the scheduling order following the stay if the matter does not settle;

WHEREAS, the parties are in agreement that a stay will aid their efforts to settle this case; and

WHEREAS, good cause exists for this Court to grant the stay;

THEREFORE, the parties stipulate as follows:

1. All discovery and motions are stayed as of October 14, 2015, including three depositions that have been noticed, briefing on the filed motions, the scheduled hearing on the filed motions, filing of any additional motions, and the defendant's expert rebuttal report;

2. The stay shall last until November 23, 2015;

3. If the matter is not resolved on November 23, 2015, the parties shall have ten days to meet and propose a new scheduling order for the Court.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Dated:  October 15, 2015        s/ Laurie A. Vasichek
                                Laurie Vasichek, MN Atty #171438
                                Jessica Palmer-Denig MN Atty #298281
                                Senior Trial Attorneys
                                Minneapolis Area Office
                                330 Second Avenue South, Suite 720
                                Minneapolis, MN  55401
                                Telephone:  (612) 335-4061
                                Facsimile:  (612) 335-4044
                                laurie.vasichek@eeoc.gov
                                jessica.palmer-denig@eeoc.gov

2

HELLMUTH & JOHNSON, PLLC

Dated:  October 15, 2015

s/ Teresa J. Ayling
Marshall H. Tanick #108303
Teresa J. Ayling #157478
8050 West 78th Street
Edina, MN  55439
Telephone:  (952) 941-4005
Facsimile:  (952) 941-2337
mtanick@hjlawfirm.com
tailing@hjlawfirm.com

Attorneys for Plaintiff-Intervenor
Grant P. Habighorst


FAEGRE BAKER DANIELS LLP

Dated:  October 15, 2015

s/ Nicole A. Truso
Jacqueline A. Mrachek, MN Atty #0216434
Nicole A. Truso, MN Atty #0390293
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Phone: (612) 766-7000
jacqueline.mrachek@faegrebd.com
nicole.truso@faegrebd.com

Attorneys for Defendant
Cummins Power Generation Inc.

3